IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARIE CARDENAS, *et al.,*

    Plaintiffs,

v.

                                                                      Civ. No. 22-0650 GJF/KK

GENERAL MOTORS, LLC,

    Defendant.

## ORDER VACATING INITIAL SCHEDULING ORDER AND SETTING DEADLINE FOR CLOSING DOCUMENTS

The parties have notified the Court that they have settled this matter. *See* (Doc. 7). Therefore, IT IS HEREBY ORDERED that the parties file closing documents or a joint status report no later than **Tuesday, December 27, 2022**.

IT IS FURTHER ORDERED that the Initial Scheduling Conference set for October 21, 2022, and associated deadlines, are hereby VACATED. (*See* Doc. 3).

IT IS SO ORDERED.

                                                        */s/ Kirtan Khalsa*
                                                        KIRTAN KHALSA
                                                        UNITED STATES MAGISTRATE JUDGE